PHILLIP A. TALBERT
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
**Aug 24, 2023**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SEAN LAMONT WYATT,<br><br>                    Defendant. | CASE NO. 1:23-cr-00170-ADA-BAM<br><br>MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 18, 2023, charging the above defendant with a violation of 18 U.S.C. 1029(a)(3) – Possession of 15 or More Unauthorized Access Devices; 18 U.S.C. § 1028(a)(7), (b)(3)(C) – Identity Theft (2 Counts); 42 U.S.C. § 408(a)(7)(B) – Misuse of a Social Security Number; 18 U.S.C. § 1028A – Aggravated Identity Theft; 18 U.S.C. §§ 982(a)(2)(B), 1028(b), and 1029(c)(1)(C) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except

///

when necessary for the issuance and execution of the warrant.

DATED: August 24, 2023                Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           Acting United States Attorney

                                  By   /s/ BRITTANY M. GUNTER
                                         BRITTANY M. GUNTER
                                         Assistant U.S. Attorney

                                  IT IS SO ORDERED.

Dated:  August 24, 2023
                                  ~~SHEILA K. OBERTO~~
                                  U.S. Magistrate Judge
                                  **Erica P. Grosjean, U.S. Magistrate Judge**