PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>SEAN LAMONT WYATT,<br><br>                    Defendant. | Case No. 1:23-CR-00170-ADA-BAM<br><br>REQUEST TO UNSEAL |

### REQUEST TO UNSEAL

On September 6, 2023, the above-captioned defendant was arrested and is scheduled to make his initial appearance in the Central District of California at 2:00 p.m. today, September 6, 2023. The United States therefore requests that this case be unsealed along with the Indictment and arrest warrant.

Dated: September 6, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>SEAN LAMONT WYATT,<br><br>                Defendant. | Case No. 1:23-CR-00170-ADA-BAM<br><br>ORDER TO UNSEAL |

      Upon application of the United States of America and good cause having been shown,

      IT IS HEREBY ORDERED that the Indictment and arrest warrant in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 9/6/2023

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL