PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:23-CR-00170-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SEAN LAMONT WYATT, | DATE: February 14, 2024 |
| Defendant | TIME:  1:00 p.m.<br>COURT:  Hon. Barbara A. McAuliffe |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Eric Kersten, counsel for Blake Wayne Reed ("defendant"), that this action's **Wednesday, February 14, 2024, status conference be continued to Wednesday, April 10, 2024, at 1:00 p.m.**  The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1. On January 31, 2024, the government produced supplemental discovery to the defendant.
2. The government currently believes all discovery has been produced pursuant to Rule 16.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.
3. Defense counsel needs more time to complete its review of the initial discovery and

1

supplemental discovery, conduct any additional investigation, and communicate with both the defendant and government counsel about any potential pretrial resolution of this case.

4. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. The parties therefore stipulate that the period of time from February 14, 2024, through April 10, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: February 1, 2024               PHILLIP A. TALBERT
                                      United States Attorney

                                By:   /s/ BRITTANY M. GUNTER
                                      BRITTANY M. GUNTER
                                      Assistant United States Attorney

Dated: February 1, 2024         By:   /s/ ERIC KERSTEN
                                      ERIC KERSTEN
                                      Counsel for Defendant

**O R D E R**

IT IS ORDERED that the status hearing currently set for February 14, 2024, at 1:00 pm is continued until April 10, 2024, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from February 14 2024, through April 10, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **February 1, 2024**             /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE