1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   SEAN LAMONT WYATT
7

8            IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-CR-00170-NODJ-BAM |
12 | Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
13 | v. | |
14 | SEAN LAMONT WYATT, | Date: June 5, 2024 |
15 | Defendant. | Time: 8:30 a.m. |
   |   | Judge: TBD |

18    **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19 counsel, Brittany Gunter, Assistant United States Attorney, counsel for plaintiff, and Eric V.

20 Kersten, Assistant Federal Defender, counsel for defendant Sean Lamont Wyatt, that the change

21 of plea hearing scheduled for May 20, 2024 may be continued to June 5, 2024.

22    The parties have reached a tentative agreement in this matter but additional time is

23 needed to allow counsel to review the written agreement with Mr. Wyatt, request modifications

24 if necessary and conduct additional investigation.

25    The parties agree the delay resulting from this continuance shall be excluded under the

26 Speedy Trial Act in the interests of justice, including but not limited to, the need for the period of

27 ///

28 ///

time set forth herein for effective defense preparation, defense investigation and plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  May 13, 2024          /s/ *Brittany Gunter*
                              BRITTANY GUNTER
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

DATED:  May 13, 2024          /s/ *Eric V. Kersten*
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              SEAN LAMONT WYATT

### ORDER

IT IS SO ORDERED. The May 20, 2024 change of plea hearing is continued to **June 5, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**. All time through June 5, 2024 shall be excluded for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Because this continuance is being granted at Defendant's request and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **May 13, 2024**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE