PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:23-CR-00170-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SEAN LAMONT WYATT, | |
| Defendant | DATE: June 5, 2024<br>TIME:  1:00 p.m.<br>COURT: Hon. Linda Lopez |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Eric Kersten, counsel for Sean Lamont Wyatt ("defendant"), that this action's **Wednesday, June 5, 2024, change of plea hearing be continued to Monday, June 17, 2024.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. On May 8, 2024, the parties reached a tentative agreement to resolve this case by way of a plea agreement.

2. On May 28, 2024, defense counsel and the defendant met to discuss the terms of the proposed plea agreement.

3. After the meeting, a few issues were discovered by the parties that could not be resolved by

1

the deadline set by the court to submit any signed plea agreements.  Dkt 36.

4. Accordingly, the parties need additional time to discuss the issues, and the defense counsel needs further time to discuss any modifications to the plea agreement with the defendant.

5. The parties therefore request that the change of plea hearing be continued to June 17, 2024.

6. Neither the defendant nor the government objects to the continuance.

7. The parties stipulate that the period of time from June 5, 2024, through June 17, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  May 28, 2024                                    PHILLIP A. TALBERT
                                                        United States Attorney

                                                   By:  /s/ BRITTANY M. GUNTER
                                                        BRITTANY M. GUNTER
                                                        Assistant United States Attorney

Dated: May 28, 2024                                By:  /s/ ERIC KERSTEN
                                                        ERIC KERSTEN
                                                        Counsel for Defendant

**O R D E R**

IT IS ORDERED that the change of plea hearing currently set for June 5, 2024, at 1:00 pm is continued to **June 17, 2024 at 8:30 a.m. in Coutroom 5 before the District Court Judge**.

IT IS FURTHER ORDERED THAT the period of time from June 5, 2024, through June 17, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 29, 2024**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE