1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO: 1:23-CR-00170-NODJ-BAM |
|---|---|---|
| 12 | Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| 13 | v. | |
| 14 | SEAN LAMONT WYATT, | |
| 15 | Defendant | DATE: June 17, 2024<br>TIME: 9:30 am<br>COURT: Hon. Troy L. Nunley |

16

17  THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

18  United States Attorney Brittany M. Gunter, counsel for the government, and Eric Kersten, counsel for

19  Sean Lamont Wyatt ("defendant"), that this action's **Monday, June 17, 2024, change of plea hearing**

20  **be continued to Monday, July 15, 2024.** The parties likewise ask the court to endorse this stipulation

21  by way of formal order.

22      The parties base this stipulation on good cause. Specifically,

23      1. On June 4, 2024, defense counsel informed the government that the defendant was having

24         medical issues that were impacting the defense counsel's ability to set up times to speak with

25         the defendant about the terms of the proposed plea agreement.

26      2. On June 4, 2024, the court issued a minute order indicating that plea agreements were to be

27         filed no later than June 7, 2024. ECF 40.

28
                                           1

3. The parties continued to discuss and negotiate the terms of the plea agreement up until June 7, 2024.  The terms of the final plea agreement were not established in time for the defense counsel to discuss them with the defendant and for the parties to file the agreement with the court.

4. Accordingly, the parties need additional time to discuss any remaining issues with the plea agreement, and the defense counsel needs further time to discuss any modifications to the plea agreement with the defendant.

5. The parties therefore request that the change of plea hearing be continued to July 15, 2024.

6. Neither the defendant nor the government objects to the continuance.

7. The parties stipulate that the period of time from June 17, 2024, through July 15, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  June 10, 2024                                    PHILLIP A. TALBERT
                                                         United States Attorney

                                                    By:  /s/ BRITTANY M. GUNTER
                                                         BRITTANY M. GUNTER
                                                         Assistant United States Attorney

Dated: June 10, 2024                                By:  /s/ ERIC KERSTEN
                                                         ERIC KERSTEN
                                                         Counsel for Defendant

**O R D E R**

IT IS ORDERED that the change of plea hearing currently set for June 17, 2024, is **continued to July 15, 2024** at 8:30 a.m. in Courtroom 5 before the District Court Judge.

IT IS FURTHER ORDERED THAT the period of time from June 17, 2024, through July 15, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 11, 2024**              /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE