PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>         v.<br><br>SEAN LAMONT WYATT,<br><br>                          Defendant | CASE NO: 1:23-CR-00170-NODJ-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 17, 2024<br>TIME:  9:30 am<br>COURT: Hon. Dale A. Drozd |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Eric Kersten, counsel for Sean Lamont Wyatt ("defendant"), that this action's **Monday, July 15, 2024, change of plea hearing be continued to Wednesday, July 17, 2024.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. By previous order, and at the parties' request, the court set this case for a change of plea hearing on July 15, 2024. ECF 42.

2. On June 27, 2024, the court informed the parties that cases set for a change of plea on July 15 would need to be moved to July 17 due to the court's unavailability.

3. The parties reached a resolution in this case and filed a plea agreement on July 2, 2024.

1

4. Based on the court's unavailability on July 15, the parties request that the change of plea hearing be continued to July 17.

5. The parties stipulate that the period of time from July 15, 2024, through July 17, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the court on its own motion based on its unavailability and on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  July 3, 2024               PHILLIP A. TALBERT
                                   United States Attorney

                                   By:  /s/ BRITTANY M. GUNTER
                                        BRITTANY M. GUNTER
                                        Assistant United States Attorney

Dated: July 2, 2024                By:  /s/ ERIN KERSTEN
                                        ERIC KERSTEN
                                        Counsel for Defendant

**O R D E R**

IT IS ORDERED that the change of plea hearing currently set for July 15, 2024, is **continued to July 17, 2024**. IT IS FURTHER ORDERED THAT the period of time from July 15, 2024, through July 17, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the court on its own motion based on its unavailability and on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **July 3, 2024**           /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE